UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SABOURAH EDWARDS,<br>　　　　Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:21-CV-615 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>　　　　Defendant | ) <br> ) | |

### ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in favor of Sabourah Edwards by separate order.

(4) The Clerk of Court is DIRECTED to CLOSE this case.

Date: July 19, 2022　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge