AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Sabourah Edwards<br>*Plaintiff*<br>v.<br>Kilolo Kijakazi, Commissioner of Social Security<br>*Defendant* | )<br>)<br>) Civil Action No. 4:21-CV-00615<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Final judgment is entered in favor of Plaintiff, Sabourah Edwards, and against Kilolo Kijakazi, Commissioner of Social Security pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William I. Arbuckle on a motion for Pursuant to Memorandum Opinion and Order dated 7/19/2022 [ECF Docs. 24, 25].

Date: 7/19/2022

CLERK OF COURT

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, *Deputy Clerk*
*Signature of Clerk or Deputy Clerk*